IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS WILLIAM HYSELL,                         No. CV 07-05511 CRB ,

        Plaintiff,

  v.                                                                        **JUDGMENT IN A CIVIL CASE**

SCOTT KERNAN,

        Defendant.
                                          /

      ()  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of respondent.

Dated: November 5, 2007                                   Richard W. Wieking, Clerk
                                                                                  By:
                                                                                  Deputy Clerk