UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILLIAM HYSELL,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN et al,<br><br>        Defendant. | Case Number: CV07-05511 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas William Hysell K-77684
Pleasant Valley State Prison
A-1-226
P.O. Box 8501
Coalinga, CA 93210

Dated: November 5, 2007

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk