IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILLIAM HYSELL,  )  <br>           )  <br>     Petitioner,     )  <br>           )  <br>  vs.          )  <br>           )  <br> SCOTT KERNAN, Warden,    )  <br>           )  <br>     Respondent(s).    )  <br> _____ ) | No. C 07-5511 CRB (PR)  <br><br>ORDER  <br><br>(Doc # 5) |

Based solely on petitioner's lack of financial resources, his application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (doc # 5) is GRANTED.

SO ORDERED.

DATED: Nov. 16, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Hysell, D1.ifp.wpd